UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEBRA CHERKAOUI, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 14-CV-10571-LTS |
| CITY OF QUINCY, | ) | |
| Defendant. | ) | |

ORDER ON REPORT AND RECOMMENDATION (DOC. NO. 74)

October 3, 2016

SOROKIN, J.

      Defendant moved for summary judgment on all claims asserted by Plaintiff. Magistrate Judge Cabell issued a lengthy Report and Recommendation in which he recommended that the Court grant Defendant's Motion. Defendant objects stating that Judge Cabell's Report and Recommendation erroneously recited three facts, none of which Defendant says are material. Plaintiff objects complaining that the Report and Recommendation inaccurately recites the facts and incorrectly analyzes the issues resulting in, Plaintiff says, the wrong recommendation.

      The issue before the Court is whether to grant Defendant's Motion for Summary Judgment. The Court has conducted a de novo review of the Motion. The Motion is ALLOWED

and the Report and Recommendation is ADOPTED for the reasons stated by Judge Cabell.[1]

                                            SO ORDERED.

                                            /s/ Leo T. Sorokin
                                            Leo T. Sorokin
                                            United States District Judge

---

[1] Contrary to the Report and Recommendation, for the purposes of summary judgment, whether Plaintiff called Barrett a "racist" is a disputed issue of fact in light of Plaintiff's deposition testimony reciting all of her statements during the meeting without mentioning this statement, Doc. No. 62-1 at 20–22, as well as other evidence (though Plaintiff's deposition suffices), Doc. No. 62-15 at 3. The summary judgment decision does not turn on this point nor did the Report and Recommendation.